IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LLOYD T. LEWIS, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:19CV528 |
| STEPHANIE BRATHWAITE, et al., | ) ) | |
| Defendants. | ) ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on July 15, 2020, was served on the parties in this action. (ECF Nos. 54, 55.) Plaintiff filed objections to the Magistrate Judge's Recommendation, (*see* ECF No. 57), and Defendant Brathwaite filed a response to Plaintiff's objections, (*see* ECF No. 59).[1] The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Brathwaite Motion, (ECF Nos. 24, 37), is GRANTED and that the Lance Motion, (ECF Nos. 20, 34), is GRANTED as to the Complaint's official-capacity claim and DENIED as to the Complaint's individual-capacity claim for deliberate indifference as to Plaintiff's spinal injuries.

---

[1] As Defendant Brathwaite has noted in her response, (*see* ECF No. 59 at 1–3), Plaintiff's objections do not challenge the substance of the recommendation, (*see* ECF No. 57 at 1–2).

IT IS FURTHER ORDERED that Plaintiff's summary judgment motions, (ECF Nos. 41, 45), are DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motions to Continue, (ECF Nos. 43, 47), are TERMINATED as motions and are treated as responses in opposition to the Lance Motion, (ECF Nos. 20, 34).

This, the 19th day of August 2020.

/s/ Loretta C. Biggs
United States District Judge